

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL SMITH #431803                                CIVIL ACTION

versus                                               NO. 06-3513

WARDEN LYNN COOPER                                   SECTION: "F" (3)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Michael Smith** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 25th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____